UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CATHERINE M. WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07-3252 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

JEANNE E. SCOTT, U.S. District Judge:

Pursuant to the agreement of the parties, it is hereby ordered that the final decision of the Commissioner of Social Security is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and remanded to the Commissioner for further administrative proceedings.  Upon receipt of the Court's Order, the Appeals Council will remand the matter to the Administrative Law Judge for a new hearing and new decision, and will instruct the Administrative Law Judge to reconsider evidence from Plaintiff's treating physician, Anna Richie, M.D., and the evidence as a whole, including reports and testimony from the Plaintiff.

Judgment for Plaintiff will issue.

IT IS THEREFORE SO ORDERED.

ENTER: July 2, 2008

    FOR THE COURT:

                                                s/ Jeanne E. Scott
                                                JEANNE E. SCOTT
                                    UNITED STATES DISTRICT JUDGE